142

PER CURIAM.

(No. 75-CC-118—

JOHN J. HOLLAND, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed October 18, 1974.*

JOHN J. HOLLAND, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-156—

ANNE WILLER, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed October 18, 1974.*

ANNE WILLER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.